# MINUTES

CASE NUMBER: CIVIL NO. 17-00286 LEK-WRP
CASE NAME: Shannell Grilho vs. Pioneer Hi-Bred International, Inc. et al

ATTYS FOR PLA: Peter C. Hsieh
ATTYS FOR DEFT: Andrew L. Pepper
Tyler A. Tsukazaki
Wayne S. Yoshigai

JUDGE: Leslie E. Kobayashi  REPORTER: Debra Read
DATE: 12/13/2019  TIME: 10:30 am - 11:00 am

COURT ACTION: EP: [47] Motion for Summary Judgment hearing held.

Court addresses the parties regarding general inclination.

Court hears argument from the parties regarding [47] Motion for Summary Judgment.

      Court GRANTS [47] Motion for Summary Judgment.

Order to be issued.

Submitted by: Agalelei Elkington, Courtroom Manager